UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EDWIN SMITH**, Petitioner, vs. **DAVID BERGH**, Respondent. | 2:16-CV-10098-TGB-PTM<br><br>HON. TERRENCE G. BERG |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, it is hereby **ORDERED AND ADJUDGED** that the motion for relief from judgment is **DENIED** (ECF No. 44), motion for reconsideration of the 60(b)(3) fraud claim is **DENIED** (ECF No. 45), motion for relief pursuant to 60(b) is **DENIED** (ECF No. 48), and Petitioner's motion seeking to amend motion for evidentiary hearing and motions seeking an evidentiary hearing are **DENIED** (ECF Nos. 46, 47, 49).

2

It is **FURTHER ORDERED** that a certificate of appealability is **DENIED** and permission to appeal in forma pauperis is **DENIED**.

Dated at Detroit, Michigan: January 29, 2021

                              KINIKIA ESSIX
                              CLERK OF THE COURT

                              s/A. Chubb
                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE